C-13-15A(Order)
(Rev. 11/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Vincent Orlando Penn )
                                                 )     No: B-09-80613 C-13D
                                                 )
                Debtor(s)    )

## **ORDER**

       This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to modify the Debtor's Plan to provide for Plan payments of $519.00 per month effective with the payment due for June, 2010 and there being no filed objection to the Motion within the time period set forth in the Notice issued on April 7, 2010 by the Clerk of Court setting May 7, 2010 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

       ORDERED that the Debtor's Plan be modified to provide for Plan payments of $519.00 per month effective with the payment due for June, 2010.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-09-80613 C-13D**

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER